IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAYNE M. ADAMS AND AMANDA J.O. ADAMS ,

    Plaintiffs,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

ORDER

Case No.  14-cv-419-wmc

---

Plaintiffs Jayne M. Adams and Amanda J.O. Adams have filed a civil suit against the Commissioner of Social Security.  Plaintiffs seek to commence this lawsuit without prepayment of the filing fees and costs or providing security therefore, pursuant to 28 U.S.C. § 1915.  The standard for determining whether plaintiffs qualify for indigent status is the following:

- From plaintiffs' annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiffs.

- If the balance is less than $16,000, the plaintiffs may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiffs must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiffs must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

From plaintiffs' affidavit of indigency, I find that Plaintiffs have a monthly income of $2,937.00 or annual income of $35,244.00.  Plaintiffs have no dependents and are currently

unemployed. Plaintiffs have no substantial debts or assets that require consideration. Therefore, plaintiffs must prepay the fees and costs of commencing this action in the amount of $400.00.

ORDER

IT IS ORDERED that Plaintiffs' motion for leave to proceed *in forma pauperis* (Dkt # 2) is DENIED. Plaintiffs must pay the filing fee of $400 no later than July 3, 2014. If Plaintiffs fail to do so, this action may be dismissed for Plaintiffs' failure to prosecute it. Upon receipt of plaintiffs' payment, the clerk of court shall issue summonses and forward them to plaintiffs for service.

Entered this 10th day of June, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge