IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAYNE M. ADAMS and
AMANDA J.O. ADAMS,

                Plaintiffs,                       ORDER

      v.                                        14-cv-419-wmc

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

                Defendant.

Plaintiffs Jayne M. Adams and Amanda J.O. Adams have filed this *pro se* civil action regarding an alleged overpayment of benefits from the Social Security Administration. Explaining that efforts to contact plaintiffs by telephone have been unsuccessful, defendant Carolyn W. Colvin, in her official capacity as Acting Commissioner of the Social Security Administration, has filed a motion for a court order requiring plaintiffs to provide their social security numbers so that defendant can obtain transcripts of the underlying administrative proceedings and file an answer in this case. Defendant's motion will be granted.

ORDER

IT IS ORDERED that defendant Carolyn W. Colvin's motion for a court order requiring plaintiffs to provide social security numbers (dkt. # 9) is GRANTED. Plaintiffs Jayne M. Adams and Amanda J.O. Adams shall contact defendant's counsel of record and provide the requested social security numbers within ten days of the date of

this order. Defendant's counsel shall notify the court if plaintiffs fail to comply within the time allowed. **Plaintiffs' failure to comply as directed may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) without further notice.**

Entered this 28th day of July, 2014.

                         BY THE COURT:

                         /s/

                         WILLIAM M. CONLEY
                         District Judge