IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAYNE M. ADAMS and
AMANDA J.O. ADAMS,

                Plaintiffs,                          ORDER

           v.                                    14-cv-419-wmc

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

                Defendant.

---

This is an action for judicial review of an adverse decision of the Commissioner of Social Security concerning the overpayment of benefits from the Social Security Administration. On October 21, 2014, this court issued a briefing schedule allowing plaintiffs Jayne M. Adams and Amanda J.O. Adams until November 20, 2014 to submit a brief in support of their petition for review of the Commissioner's decision. It is now December 2, 2014, and plaintiffs have not yet filed their brief.

Because plaintiffs are proceeding *pro se* and may not have understood what they were to file, this court will allow plaintiffs an extension of time until January 9, 2015 to file their brief. In their brief, plaintiffs do not need to make legal arguments or cite to any legal authority, but they must explain to the court the specific reasons why they think the administrative law judge wrongly decided the action. In addition, plaintiffs should review the administrative law judge's decision and point out those findings they disagree with, citing to evidence in the administrative record that supports their position.

If plaintiffs fail to submit their brief in support of this action by January 9, 2015, this case will be dismissed for plaintiffs' failure to prosecute it.

ORDER

IT IS ORDERED that plaintiffs Jayne M. Adams and Amanda J.O. Adams may have until January 9, 2015 to submit a brief in support of their claim regarding the overpayment of benefits. Failure to submit this brief will result in dismissal of this action for failure to prosecute. The government shall have until February 9, 2015 to submit an answering brief. Plaintiffs may have until February 24, 2015 to submit a reply brief. Submission of this reply brief is optional.

Entered this 2nd day of December, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge