IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAYNE M. ADAMS and
AMANDA J.O. ADAMS,

      Plaintiffs,         ORDER

  v.                14-cv-419-wmc

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

      Defendant.

---

  Plaintiffs Jayne M. Adams and Amanda J.O. Adams filed this *pro se* civil action regarding an alleged overpayment of benefits from the Social Security Administration. The Commissioner agrees that remand of this case is warranted. More specifically, while findings were made with respect to Jayne's request for a waiver of liability, the Commissioner concedes that the Administrative Law Judge never articulated a rationale or made formal findings explaining *why* he denied Amanda's request for a waiver of liability.

  Accordingly, the Commissioner has filed a motion to remand this case with instructions that the ALJ: (1) address the request for a waiver of liability filed on behalf of Amanda for the designated overpayment amount; (2) separately address the request for a waiver that Jayne filed on her own behalf; and (3) provide appropriate findings pertaining to these separate waiver requests. The defendant having shown good grounds for remand, the Commissioner's motion will be granted.

ORDER

IT IS ORDERED that defendant Carolyn W. Colvin's motion for remand (dkt. # 22) is GRANTED. On remand, the Administrative Law Judge shall: (1) address the request for a waiver of liability filed on behalf of Amanda J.O. Adams for the designated overpayment amount; (2) separately address the request for a waiver that Jayne M. Adams filed on her own behalf; and (3) provide appropriate findings pertaining to these separate waiver requests.

Entered this 26th day of March, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge