IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAYNE M. ADAMS and
AMANDA J.O. ADAMS,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,

        14-cv-419-wmc

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security
Administration,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant Carolyn W. Colvin's motion for remand and remanding this case.

| /s/ | 3/26/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |